UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FRED E. HARTER,

      Plaintiffs,                        Case No. 06-13657

v                                         DISTRICT JUDGE ARTHUR J. TARNOW

STEPHEN DAVIS, *et al.*,              MAG. JUDGE PAUL J. KOMIVES

      Defendants.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION [DE 25], AND GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT [DE 18]

There having been no objection to Magistrate Judge Komives' Report and Recommendation [DE 25] filed February 28, 2008, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED that the Report and Recommendation of Magistrate Judge Komives [DE 25] is ADOPTED.

IT IS FURTHER ORDERED that Defendants' Motion for Summary Judgment [DE 18] is GRANTED.

SO ORDERED.

                              S/ARTHUR J. TARNOW
                              Arthur J. Tarnow
                              United States District Judge

Dated: March 24, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 24, 2008, by electronic and/or ordinary mail.

                              S/THERESA E. TAYLOR
                              Case Manager